UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COLLEEN BADGER )<br><br>Plaintiff, )<br><br>v. )<br><br>FCI USA, INC. GROUP DISABILITY )<br>INCOME INSURANCE PLAN )<br><br>FCI USA, INC. )<br><br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE CO. )<br><br>Defendant. )<br> ) | Case No. 05-cv-431-SM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties stipulate to dismiss the above-captioned matter with prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　COLLEEN BADGER

　　　　　　　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　　　　　　　GAWRYL & MacALLISTER

Dated: August 24, 2006　　　　　　By: /s/ Jared O'Connor (#15868)
　　　　　　　　　　　　　　　　　　Jared O'Connor, NH Bar No. 15868
　　　　　　　　　　　　　　　　　　41 East Pearl Street
　　　　　　　　　　　　　　　　　　Nashua, NH 03060
　　　　　　　　　　　　　　　　　　(603) 882-3252
　　　　　　　　　　　　　　　　　　joconnor@gmac-law.com

-2-

                        and

                        FCI USA, INC. GROUP DISABILITY
                        INCOME INURANCE PLAN,
                        FCI USA, INC.
                        HARTFORD LIFE AND ACCIDENT
                        INSURANCE CO.

                        By their attorneys,

                        SHEEHAN PHINNEY BASS + GREEN,
                        PROFESSIONAL ASSOCIATION

Dated: August 24, 2006     By: /s/ John-Mark Turner (#15610)
                            John-Mark Turner, NH Bar No. 15610
                            1000 Elm Street / P.O. Box 3701
                            Manchester, NH 03105-3701
                            (603) 627-8150
                            jturner@sheehan.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 24th day of August, 2006, a copy of the within was sent via the Court's ECF system to:

Jared O'Connor
Gawryl & MacAllister
41 East Pearl Street
Nashua, NH 03060
(603) 882-3252
joconnor@gmac-law.com

                            /s/   John-Mark Turner   (#15610)
                            John-Mark Turner